PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Dec 11, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AND ARREST WARRANTS FOR HENRY TORRES AND THOMAS DOVER | CASE NO. 1:24-mj-00136-SAB<br>SEALING ORDER<br><u>UNDER SEAL</u> |

## S E A L I N G   O R D E R

Upon Motion of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **Dec 11, 2024**

Hon. Stanley A. Boone
U.S. MAGISTRATE JUDGE