**FILED**

Dec 12, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-MJ-00136-SAB |
| Plaintiff, | **UNSEALING ORDER** |
| v. | |
| HENRY TORRES and THOMAS DOVER, | |
| Defendants. | |

Good cause due to the defendants' pending Arraignment on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: **Dec 12, 2024**

_____
HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE